[No. 11943–5–I. Division One. January 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
VICTOR DICKERSON, *Defendant,* JEFFREY
S. KEEFER, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 82–1–00526–2, Lloyd W. Bever, J., entered June 24, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett, A.C.J., and Swanson, J.